IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD C. ABELL; ELAINE ABELL; IPOP, LLP and RIVERS OF GOLD, GLOBAL TV SHOW, GLOBAL MERCHANDISING LP<br><br>v.<br><br>U.S. CORPS OF ENGINEERS; CHRISTINE WORMUTH, in her official capacity as United States Secretary of the Army; and SCOTT A. SPELLMON, in his official capacity as Chief of Engineers and Commanding General of the U.S. Corps of Engineers | CIVIL ACTION<br><br>CASE NO: 22-CV-1353<br><br>JUDGE JAMES D. CAIN, JR.<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

## IPOP, LLP'S CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, IPOP, LLP ("IPOP"), who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, represents that IPOP, LLP is a Nevada limited liability partnership organized under the laws of the State of Nevada. IPOP has no parent company, and no publicly traded corporation owns more than ten percent of IPOP.

Respectfully submitted,

**MILLER, SULLIVAN & DEMARCAY, LLC**


_____
**LAWRENCE R. DeMARCAY, III (#25379)**
1100 Poydras Street, Suite 1515
New Orleans, Louisiana 70163
P.504-708-1300
lrd@msdnola.com

and

**Chris M. Trepagnier (#25528)**
**THE TREPAGNIER LAW FIRM, APLC**
215 West Beach Parkway
Mandeville, Louisiana 70448
P. 985-778-0888
chris@treplawfirm.com

Attorneys for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

By filing electronically, I certify that service was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and the Local Rules of this Court.

_____
**LAWRENCE R. DeMARCAY III (#25379)**