CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGG UNITED STATES COURT HOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

**OFFICIAL BUSINESS**



**RECEIVED**

JUN 13 2022

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

22-CV-1353
#3



-R-T-S-   704472192-1N        06/11/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Chris Michael Trepagnier
209 Hwy 22 W Ste G
Madisonville, LA 70447

Case: 6:22-cv-01353 #3
12 pages printed: Mon May 23 15:01:39 2022

### YOU COULD RECEIVE THIS NOTICE AS SOON AS
### IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| EDWARD C ABELL, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 6:22−CV−01353−JDC−CBW |
| | ) Judge James D Cain, Jr |
| U S CORPS OF ENGINEERS , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501−6832**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Lawrence Raymond DeMarcay III**
> **Miller Sullivan & DeMarcay**
> **1100 Poydras St Ste 1515**
> **New Orleans, LA 70163**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __5/23/2022__

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:22–CV–01353–JDC–CBW
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U.S. ATTORNEY**
**WESTERN DISTRICT OF LOUISIANA**
**800 LAFAYETTE ST., STE: 2200**
**LAFAYETTE, LA 70501–6832** was received by me on *(date)*_____.

- I personally served the summons on **U.S. ATTORNEY**
  **WESTERN DISTRICT OF LOUISIANA**
  **800 LAFAYETTE ST., STE: 2200**
  **LAFAYETTE, LA 70501–6832** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*_____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                *Server's signature*

                                                _____
                                                *Printed name and title*

                                                _____
                                                *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

|  |  |  |
|---|---|---|
| EDWARD C ABELL, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 6:22–CV–01353–JDC–CBW |
| | ) | Judge James D Cain, Jr |
| U S CORPS OF ENGINEERS , et al. | ) | |
| Defendant | ) | |

### SUMMONS IN A CIVIL ACTION

To:
**ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Lawrence Raymond DeMarcay III**
> **Miller Sullivan & DeMarcay**
> **1100 Poydras St Ste 1515**
> **New Orleans, LA 70163**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CLERK OF COURT**

Date:  5/23/2022

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:22–CV–01353–JDC–CBW
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**
was received by me on *(date)*_____.

• I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
   **U.S. ATTORNEY GENERAL**
   **950 PENNSYLVANIA AVENUE, N.W.**
   **WASHINGTON, D.C. 20530–0001**
   at *(place)*_____ _____ on
   *(date)*_____; or

• I left the summons at the individual's residence or usual place of abode with *(name)*_____
   _____ , a person of suitable age and discretion who resides there, on *(date)*
   _____ , and mailed a copy to the individual's last known address; or

• I served the summons on *(name of individual)* _____, who is designated by law
   to accept service of process on behalf of *(name of organization)* _____
   _____ on *(date)* _____; or

• I returned the summons unexecuted because _____
   _____; or

• Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                            *Server's signature*

                                                         _____
                                                            *Printed name and title*

                                                         _____
                                                            *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| EDWARD C ABELL, et al.<br>Plaintiff | ) |
| v. | ) Civil Action No. 6:22–CV–01353–JDC–CBW<br>) Judge James D Cain, Jr |
| U S CORPS OF ENGINEERS , et al.<br>Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**U S Corps of Engineers**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Lawrence Raymond DeMarcay III**
> **Miller Sullivan & DeMarcay**
> **1100 Poydras St Ste 1515**
> **New Orleans, LA 70163**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __5/23/2022__

/s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:22–CV–01353–JDC–CBW
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Corps of Engineers** was received by me on *(date)*_____.

- I personally served the summons on **U S Corps of Engineers** at
  *(place)*_____   _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                           *Server's signature*

                                     _____
                                       *Printed name and title*

                                     _____
                                         *Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

EDWARD C ABELL, et al.      )
     Plaintiff               )
                   )
        v.             ) Civil Action No. 6:22–CV–01353–JDC–CBW
                   ) Judge James D Cain, Jr
U S CORPS OF ENGINEERS , et al.  )
     Defendant               )

### SUMMONS IN A CIVIL ACTION

To:
**Christine Wormuth**


A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Lawrence Raymond DeMarcay III**
        **Miller Sullivan & DeMarcay**
        **1100 Poydras St Ste 1515**
        **New Orleans, LA 70163**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



                                          **CLERK OF COURT**

Date: __5/23/2022__                               /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:22–CV–01353–JDC–CBW
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Christine Wormuth** was received by me on *(date)*_____.

    • I personally served the summons on **Christine Wormuth** at *(place)*_____
    _____ on *(date)*_____; or

    • I left the summons at the individual's residence or usual place of abode with *(name)*_____
    _____ , a person of suitable age and discretion who resides there, on *(date)*
    _____ , and mailed a copy to the individual's last known address; or

    • I served the summons on *(name of individual)* _____, who is designated by law
    to accept service of process on behalf of *(name of organization)* _____
    _____ on *(date)* _____; or

    • I returned the summons unexecuted because _____
    _____; or

    • Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| EDWARD C ABELL, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 6:22–CV–01353–JDC–CBW |
| | ) | Judge James D Cain, Jr |
| U S CORPS OF ENGINEERS , et al. | ) | |
| Defendant | ) | |

### SUMMONS IN A CIVIL ACTION

To:
**Scott Spellmon**

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Lawrence Raymond DeMarcay III**
> **Miller Sullivan & DeMarcay**
> **1100 Poydras St Ste 1515**
> **New Orleans, LA 70163**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



***CLERK OF COURT***

Date:   5/23/2022       /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:22–CV–01353–JDC–CBW
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Scott Spellmon** was received by me on *(date)*_____.

- I personally served the summons on **Scott Spellmon** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*_____
  _____ , a person of suitable age and discretion who resides there, on *(date)*
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law
  to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____; or

- I returned the summons unexecuted because _____; or

- Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service, etc:

**U.S. District Court**

**Western District of Louisiana**

**Notice of Electronic Filing**

The following transaction was entered on 5/23/2022 at 2:50 PM CDT and filed on 5/23/2022

| | |
|---|---|
| **Case Name:** | Abell et al v. U S Corps of Engineers |
| **Case Number:** | 6:22-cv-01353-JDC-CBW |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**SUMMONS ISSUED as to U S Attorney, U S Attorney General, U S Corps of Engineers, Christine Wormuth, Scott Spellmon. (crt,Miletello, A)**