

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Chris Michael Trepagnier
209 Hwy 22 W Ste G
Madisonville, LA 70447

Case: 6:22-cv-01353 #4
3 pages printed: Mon May 23 15:01:45 2022

### YOU COULD RECEIVE THIS NOTICE AS SOON AS IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

EDWARD C ABELL, et al.               NO. 6:22–CV–01353–JDC–CBW

VERSUS                                JUDGE JAMES D CAIN, JR

U S CORPS OF ENGINEERS , et al.       MAGISTRATE JUDGE CAROL B WHITEHURST

### NOTICE OF CORPORATE DISCLOSURE STATEMENT REQUIREMENT

**NOTICE TO FILER:**

The Complaint – #1 filed by Rivers of Gold Global TV Show Global Merchandising L P, was the first appearance by this party. According to Fed.R.Civ.P. 7.1, "the first appearance of a non-governmental corporate party requires a corporate disclosure statement." Additionally, the rule requires that a corporate party "promptly" supplement the statement upon any change in the information that the party previously provided to the court.

In accordance with this rule, the United States District Court, Western District of Louisiana requires that a <u>corporate party who makes a first appearance in a case must file a corporate disclosure statement either identifying any parent corporation or corporation holding 10% or more of its stock holdings or file a statement</u> stating there is no such parent corporation or other corporation holding stock in the corporation. For pending cases in which a corporate disclosure statement has not previously been filed by any non-governmental corporate party, the court also requires such a statement be filed as soon as possible.

<u>A corporate disclosure statement must be electronically filed by 6/6/2022</u> **or the matter will be referred to the court for further action to enforce compliance.** If you feel this notice has been issued in error or the filer is not a non-governmental corporate party, please submit a document declaring same.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  May 23, 2022.

TONY R. MOORE
CLERK OF COURT

U.S. District Court

Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 5/23/2022 at 2:51 PM CDT and filed on 5/23/2022

| | |
|---|---|
| **Case Name:** | Abell et al v. U S Corps of Engineers |
| **Case Number:** | 6:22-cv-01353-JDC-CBW |
| **Filer:** | Rivers of Gold Global TV Show Global Merchandising L P |
| **Document Number:** | 4 |

**Docket Text:**
NOTICE of Corporate Disclosure Statement Requirement re: [1] Complaint sent to Lawrence Raymond DeMarcay, III on behalf of Rivers of Gold Global TV Show Global Merchandising L P. Corporate Disclosure Statement due by 6/6/2022. (crt,Miletello, A)