UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
Lafayette Division

| | |
|---|---|
| EDWARD C. ABELL, et al., <br>     Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, et al., <br>     Defendants. | 6:22-cv-01353 <br> (JDC/CBW) |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Kimere J. Kimball hereby appears as counsel for the U.S. Army Corps of Engineers, Christine Wormuth, in her official capacity as Secretary of the Army, and Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General of U.S. Army Corps of Engineers, in the above-captioned case. Counsel is registered with the Court's Electronic Filing system.

Respectfully submitted,

| | |
|---|---|
| BRANDON B. BROWN <br> UNITED STATES ATTORNEY <br><br> s/ Karen J. King <br> KAREN KING (LA BAR #23508) <br> Assistant U.S. Attorney <br> 800 Lafayette Street <br> Suite 2200 <br> Lafayette, LA 70501-6832 <br> Telephone: (337) 262-6313 <br> E-mail: karen.king@usdoj.gov <br><br> DATE: July 25, 2022 | TODD KIM <br> ASSISTANT ATTORNEY GENERAL <br> Environment and Natural Resources Division <br><br> /s/ Kimere J. Kimball <br> KIMERE J. KIMBALL (T.A.) <br> USDOJ ENRD/EDS <br> P.O. Box 7611 <br> Washington, DC 20044-7611 <br> Telephone: (202) 514-2285 <br> Fax: (202) 514-8865 <br> E-mail: Kimere.kimball@usdoj.gov <br> *Counsel for Defendant* |