UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
Lafayette Division

| | | |
|---|---|---|
| EDWARD C. ABELL, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | 6:22-cv-01353 |
| U.S. ARMY CORPS OF ENGINEERS, et al., | ) | (JDC/CBW) |
| | ) | |
|     Defendants. | ) | |

## DEFENDANTS' MOTION TO TRANSFER TO THE DISTRICT OF ALASKA

Pursuant to 28 U.S.C. § 1404(a), Defendants, the U.S. Army Corps of Engineers, Christine Wormuth, in her official capacity as Secretary of the Army, and Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General of U.S. Army Corps of Engineers, through undersigned counsel, hereby respectfully move this Court to transfer this matter to the District of Alaska. The grounds for this motion are fully explained in the memorandum of law filed with the motion.

Respectfully submitted,

| | |
|---|---|
| BRANDON B. BROWN | TODD KIM |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |
| | Environment and Natural Resources Division |
| s/ Karen J. King | |
| KAREN KING (LA BAR #23508) | /s/ Kimere J. Kimball |
| Assistant U.S. Attorney | KIMERE J. KIMBALL (T.A.) |
| 800 Lafayette Street | USDOJ ENRD/EDS |
| Suite 2200 | P.O. Box 7611 |
| Lafayette, LA 70501-6832 | Washington, DC 20044-7611 |
| Telephone: (337) 262-6313 | Telephone: (202) 514-2285 |
| E-mail: karen.king@usdoj.gov | Fax: (202) 514-8865 |
| | E-mail: Kimere.kimball@usdoj.gov |
| DATE: July 25, 2022 | *Counsel for Defendant* |

1