UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| EDWARD C. ABELL; ELAINE ABELL; IPOP, LLP and RIVERS OF GOLD, GLOBAL TV SHOW, GLOBAL MERCHANDISING LP<br><br>v.<br><br>U.S. CORPS OF ENGINEERS; CHRISTINE WORMUTH, in her official capacity as United States Secretary of the Army; and SCOTT A. SPELLMON, in his official capacity as Chief of Engineers and Commanding General of the U.S. Corps of Engineers | CIVIL ACTION<br><br>CASE NO: 22-CV-1353<br><br>JUDGE JAMES D. CAIN, JR.<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

### JOINT MOTION TO EXTEND BRIEFING DEADLINES AND FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Edward C. Abell; Elaine Abell; IPOP, LLC and Rivers of Gold, Global TV Show, Global Merchandising LP (collectively referred to as the "IPOP" or "Plaintiffs"), and Defendants the U.S. Army Corps of Engineers, Christine Wormuth, in her official capacity as Secretary of the Army, and Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General of U.S. Army Corps of Engineers (collectively referred to as the "Corps of Engineers" or "Defendants") who, submit this Motion to Extend Briefing Deadlines and for Leave to File Reply Memorandum requesting a brief extension of the deadlines to submit briefing related to Defendants' Motion to Transfer to

the District of Alaska (Doc. 11) and for Leave of Court to allow the Defendants to file a Reply Memorandum after the Plaintiffs file their Memorandum in Opposition.

On July 25, 2022, the U.S. Army Corps of Engineers, Christine Wormuth, in her official capacity as Secretary of the Army, and Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General of U.S. Army Corps of Engineers (collectively referred to as the "Corps of Engineers" or "Defendants") filed Defendants' Motion to Transfer to the District of Alaska (Doc. 11). The Defendants' Motion was referred to the Honorable Carol B. Whitehurst and was assigned the September 14, 2022 motion date. (Doc. 12) Pursuant to the Court's Notice, and the filing date of the Motion, the Plaintiffs' Memorandum in Opposition is due on August 15, 2022.

Plaintiffs have been diligently working on the preparation of their Memorandum in Opposition.  However, due to the complex issues involved in this matter, and counsel's travel schedule, Plaintiffs respectfully request an additional fourteen days to file their Memorandum in Opposition. A fourteen day extension would extend the Plaintiffs filing deadline until August 29, 2022.

The Defendants intend to file a Reply Memorandum in response to Plaintiff's Memorandum in Opposition.  Based upon Plaintiffs' August 29, 2022 filing, the Defendants' Reply Memorandum would be due on September 5, 2022.  However, due to counsel's travel schedule, the Defendants respectfully request a seven day extension of the Reply Memorandum filing deadline that would set the filing deadline for Defendants' Reply Memorandum for September 13, 2022.

In the effort to promote judicial efficiency, Defendants respectfully request Leave of Court to file its Reply Memorandum pursuant to the timeline referenced above.

WHEREFORE, Movers pray that this motion be deemed good and sufficient and for the entry of an Order extending the deadlines as set forth above and providing the Defendants' Leave of Court to file a Reply Memorandum pursuant to the suggested schedule.

Respectfully submitted,

**MILLER, SULLIVAN & DEMARCAY, LLC**



**LAWRENCE R. DeMARCAY, III (#25379)**
1100 Poydras Street, Suite 1515
New Orleans, Louisiana 70163
P.504-708-1300
lrd@msdnola.com

and

**Chris M. Trepagnier (#25528)**
**THE TREPAGNIER LAW FIRM, APLC**
215 West Beach Parkway
Mandeville, Louisiana 70448
P. 985-778-0888
chris@treplawfirm.com

*Counsel for Plaintiffs*

and

**BRANDON B. BROWN**
**UNITED STATES ATTORNEY**

*s/ Karen J. King*
KAREN J. KING (LA BAR #23508)
Assistant U.S. Attorney
800 Lafayette Street
Suite 2200
Lafayette, LA 70501-6832
Telephone: (337) 262-6313
E-mail: karen.king@usdoj.gov

**TODD KIM**

ASSISTANT ATTORNEY GENERAL
Environment and Natural Resources Division

*/s/ Kimere J. Kimball*
KIMERE J. KIMBALL (T.A.)
USDOJ ENRD/EDS
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-2285
E-mail: Kimere.kimball@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

By filing electronically, I certify that service was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and the Local Rules of this Court.

_____
**LAWRENCE R. DeMARCAY III (#25379)**