UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| EDWARD C. ABELL; ELAINE ABELL; IPOP, LLP and RIVERS OF GOLD, GLOBAL TV SHOW, GLOBAL MERCHANDISING LP<br><br>v.<br><br>U.S. CORPS OF ENGINEERS*;* CHRISTINE WORMUTH, in her official capacity as United States Secretary of the Army; and SCOTT A. SPELLMON, in his official capacity as Chief of Engineers and Commanding General of the U.S. Corps of Engineers | CIVIL ACTION<br><br>CASE NO: 22-CV-1353<br><br>JUDGE JAMES D. CAIN, JR.<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER EXTENDING BRIEFING DEADLINES AND FOR LEAVE TO FILE REPLY MEMORANDUM

Considering the foregoing Motion to Extend Briefing Deadlines and for Leave to File Reply Memorandum;

**IT IS SO ORDERED** that the Motion is **GRANTED** and the briefing deadlines for the Motion to Transfer to the District of Alaska (Doc. 11) are reset as follows:

1. Plaintiffs' Memorandum in Opposition is due on August 29, 2022.

2. The Defendants' Reply Memorandum is due September 13, 2022.

**IT IS FURTHER ORDERED** that the U.S. Army Corps of Engineers, Christine Wormuth, in her official capacity as Secretary of the Army, and Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General of U.S. Army Corps of

Engineers is granted Leave of Court to file a Reply Memorandum in response to Plaintiff's Memorandum in Opposition.

Lafayette, Louisiana, this 16th day of August, 2022.

_____
**CAROL B. WHITEHURST**
**MAGISTRATE JUDGE**