UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
Lafayette Division

| | |
|---|---|
| EDWARD C. ABELL, et al., <br>     Plaintiffs, <br><br> v. <br><br><br> U.S. ARMY CORPS OF ENGINEERS, et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )      6:22-cv-01353 <br> )        (JDC/CBW) <br> ) <br> ) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On September 8, 2022, the U.S. Army Corps of Engineers issued the administrative decision sought in Plaintiffs' Complaint. Because Plaintiffs have received all relief requested in their Complaint, this matter is moot. *See Jones v. Blackwell*, 426 F.2d 821, 821 (5th Cir. 1970). As such, the parties hereby stipulate and agree that this action be dismissed without prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation. *See* Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

| | |
|---|---|
| TODD KIM <br> ASSISTANT ATTORNEY GENERAL <br> Environment and Natural Resources Division <br><br> BRANDON B. BROWN <br> UNITED STATES ATTORNEY <br><br> /s/ *Kimere J. Kimball* <br> KIMERE J. KIMBALL (T.A.) <br> USDOJ ENRD/EDS <br> P.O. Box 7611 <br> Washington, DC  20044-7611 <br> Telephone:  (202) 514-2285 <br> Fax:  (202) 514-8865 |   /s/ *Lawrence R. DeMarcay, III* <br> LAWRENCE R. DeMARCAY, III (LA BAR #25379) <br> MILLER, SULLIVAN & DEMARCAY, LLC <br> 1100 Poydras Street, Suite 1515 <br> New Orleans, LA  70163 <br> (504) 708-1300 <br> lrd@msdnola.com <br><br> CHRIS M. TREPAGNIER (LA BAR #25528) <br> THE TREPAGNIER LAW FIRM, APLC <br> 215 West Beach Parkway <br> Mandeville, LA  70448 |

1

| | |
|---|---|
| *E-mail:* <u>Kimere.kimball@usdoj.gov</u><br>COUNSEL FOR DEFENDANT | (985) 778-0888<br><u>chris@treplawfirm.com</u> |
| <u>s/ *Karen J. King*</u><br>KAREN J. KING (LA BAR #23508)<br>Assistant U.S. Attorney<br>800 Lafayette Street<br>Suite 2200<br>Lafayette, LA  70501-6832<br>Telephone:  (337) 262-6313<br>E-mail:  <u>karen.king@usdoj.gov</u> | *Counsel for Plaintiffs* |

DATE:  September 13, 2022